UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERARD E. WALKER AKA JACUAN STEELE,

Plaintiff,

-against-

THE COMMISSIONER OF NYSDOCCS, D. MARTUSCELLO,

Defendant.

26-CV-3506 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated July 1, 2026, the Court directed Plaintiff to either pay $405.00 in fees—a $350.00 filing fee plus a $55.00 administrative fee—or, to request authorization to proceed *in forma pauperis* ("IFP"), submit a signed IFP application and a prisoner authorization.[1] *See* 28 U.S.C. §§ 1914, 1915. The Court notified Plaintiff that if he failed to comply with the July 1, 2026 order, the action would be dismissed. Plaintiff has not filed an IFP application and prisoner authorization or paid the fees. Accordingly, the complaint is dismissed without prejudice. See 28 U.S.C. §§ 1914, 1915.

The Court directs the Clerk of Court to change the caption of this action on the electronic docket to reflect that "Jerard E. Walker AKA Jacuan Steele" is the plaintiff and "Commissioner NYSDOCCS, D. Martuscello" is the defendant. The Court also directs the Clerk of Court to change the nature of suit code for this action to 555 and the cause of action to 42 U.S.C. § 1983.

[1] This action, styled as a civil action brought under 42 U.S.C. § 1983, was opened as a 28 U.S.C. § 2255 motion. Because the submission asserts claims under Section 1983, the Court construed the submission as a new civil action, which requires the payment of fees or request for IFP status.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter a judgment in this action.

SO ORDERED.

Dated: September 22, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge