UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERARD E. WALKER AKA JACUAN STEELE,

Plaintiff,

-against-

THE COMMISSIONER OF NYSDOCCS, D. MARTUSCELLO,

Defendant.

26cv3506 (LTS)

CIVIL JUDGMENT

For the reasons stated in the September 22, 2026, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated: September 29, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge